■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN PAGAN, Appellant. [678 NYS2d 907] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), rendered January 16, 1996, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Any prejudice that may have occurred as a result of the prosecutor's improper cross-examination and summation remarks was alleviated by the court's prompt curative instructions (*see, People v Gay,* 197 AD2d 471).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Rosenblatt, J. P., Miller, Goldstein and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN PATTERSON, Appellant. [678 NYS2d 750] —Application by the appellant, *inter alia,* for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 10, 1997 (*People v Patterson,* 237 AD2d 383), affirming a judgment of the Supreme Court, Queens County, rendered February 9, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Thompson, Joy and Florio, JJ., concur.